UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**GOLDENBERG, MACKLER, SAYEGH, MINTZ, PFEFFER, BONCHI & GILL**
660 New Road, Suite 1-A
Northfield, NJ 08225
(609) 646-0222  FAX (609) 646-0887
Attorneys for City of Trenton (63216(203))

Order Filed on October 13, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Lorpu Gbelewala

    Debtor

Case No.:    20-20259

Hearing Date:    October 12, 2022 at 9:00 a.m.

Chapter:    13

Judge:    MBK

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3), is **ORDERED**.

**DATED: October 13, 2022**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as 152 Hoffman Avenue, Trenton, New Jersey 08618, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒ In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

> Name of professional: Tracy Williams of ERA Statewide Realty-Medford
>
> Amount to be paid: 6%, may be shared with participating broker, Realty One Group Central
>
> Services rendered: Real Estate Agent
>
> Jenkins & Clayman shall be paid $1,000.00 an estimate of legal fees relating to the bankruptcy aspects of the sale of real estate.

**OR:** ☐ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $_____ claimed as exempt may be paid to the Debtor.

6. The ☐ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

    1. Non-debtor Tarnue Gbelewala shall be paid half of the net proceeds. From the remaining one half, Debtor, Lorpu Gbelewala shall be paid up to $14,455. Any excess shall be paid to Albert Russo, The Chapter 13 Trustee.

    2. The closing agent is directed to contact the Tax Collector for the City of Trenton to obtain the specific amount from the Tax Collector's Office as to what is owed in outstanding post-petition taxes and Trenton's Tax Sale Certificate up through the date of closing.

*rev.1/12/22*