Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−20259−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lorpu T. Gbelewala
   152 Hoffman Avenue
   Trenton, NJ 08618

Social Security No.:
   xxx−xx−2234

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/9/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 9, 2023
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 20-20259-MBK
Lorpu T. Gbelewala                                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                       User: admin                                     Page 1 of 3
Date Rcvd: Mar 09, 2023                 Form ID: 148                                 Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#            Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Lorpu T. Gbelewala, 152 Hoffman Avenue, Trenton, NJ 08618-4008 |
| cr | + | City of Trenton, c/o Constance Ludden, CTC, 319 E. State Street, PO Box 210, Trenton, NJ 08608-1809 |
| r | | Tracy Williams, ERA Statewide Realty-Medford, 284 US 206, Ste. B, Hillsborough, NJ 08844 |
| r | | Tracy Williams, 284 US 206, Ste B, Hillsborough, NJ 08844 |
| 518946875 | | A-1 Collection Service, 2997 Highway 2 #906, Hamilton Square, NJ 08690 |
| 518970627 | | Beal Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 518946878 | + | City of Trenton, 319 East State Street, Trenton, NJ 08608-1809 |
| 518964064 | + | City of Trenton Tax Collector, P.O. Box 210, Trenton, NJ 08602-0210 |
| 518946884 | | MGC Mortgage, Inc., 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 518946887 | + | Pro Cap 4 LLC, c/o Gary C. Zeitz, LLC, 1101 Laurel Oak Road, Suite 170, Voorhees, NJ 08043-4381 |
| 518946892 | #+ | Tarnue Gbelewala, 152 Hoffman Avenue, Trenton, NJ 08618-4008 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 09 2023 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 09 2023 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518946876 | | Email/Text: ebn@americollect.com | Mar 09 2023 20:40:00 | Americollect, Inc, PO Box 1566, Manitowoc, WI 54221-1566 |
| 518946877 | ^ | MEBN | Mar 09 2023 20:35:10 | Apex Asset Management, 2501 Oregon Pike Ste 102, Lancaster, PA 17601-4890 |
| 518946879 | + | EDI: CONVERGENT.COM | Mar 10 2023 01:32:00 | Convergent Outsourcing, PO Box 9004, Renton, WA 98057-9004 |
| 518946880 | | EDI: CCS.COM | Mar 10 2023 01:32:00 | Credit Collection Service, PO Box 9134, Needham, MA 02494-9134 |
| 518946882 | + | EDI: CITICORP.COM | Mar 10 2023 01:32:00 | DSNB/Macy's, PO Box 17759, Clearwater, FL 33762 |
| 518946881 | + | EDI: DCI.COM | Mar 10 2023 01:32:00 | Diversified Consultants, PO BOX 551268, Jacksonville, FL 32255-1268 |
| 518946883 | | EDI: IRS.COM | Mar 10 2023 01:32:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518946885 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 09 2023 20:40:00 | Midland Funding, 2365 Northside Drive, Ste 300, San Diego, CA 92108-2710 |
| 518946886 | | EDI: PRA.COM | Mar 10 2023 01:32:00 | Portfolio Recovery, 120 COrporate Blvd, Suite |

Case 20-20259-MBK    Doc 76    Filed 03/11/23    Entered 03/12/23 00:15:43    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 09, 2023 | Form ID: 148 | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| | | | | 100, Norfolk, VA 23502 |
| 519013041 | | EDI: PRA.COM | Mar 10 2023 01:32:00 | Portfolio Recovery Associates, LLC, c/o Ashley Stewart, POB 41067, Norfolk VA 23541 |
| 519012205 | | EDI: PRA.COM | Mar 10 2023 01:32:00 | Portfolio Recovery Associates, LLC, c/o Victorias Secret, POB 41067, Norfolk VA 23541 |
| 519016113 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 09 2023 20:36:29 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 518946889 | + | Email/Text: bankruptcy@sw-credit.com | Mar 09 2023 20:40:00 | SW Credit Systems, LP, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 518946890 | + | EDI: RMSC.COM | Mar 10 2023 01:32:00 | SYNCB/Amazon, PO Box 956015, Orlando, FL 32896-0001 |
| 518946891 | + | EDI: RMSC.COM | Mar 10 2023 01:32:00 | SYNCB/Lord & Taylor, PO Box 965015, Orlando, FL 32896-5015 |
| 518946888 | + | Email/Text: bankruptcy@savit.com | Mar 09 2023 20:40:00 | Savit Collection Agency, 46 W Ferris Street, East Brunswick, NJ 08816-2159 |
| 518948122 | + | EDI: RMSC.COM | Mar 10 2023 01:32:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518956052 | | EB 1EMINJ LLC |
| cr | * | Beal Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 11, 2023        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Francis J. Ballak | on behalf of Creditor City of Trenton francis@gmslaw.com |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Mar 09, 2023 | Form ID: 148 | Total Noticed: 30

Jeffrey E. Jenkins
          on behalf of Debtor Lorpu T. Gbelewala mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net

Linda S. Fossi
          on behalf of Creditor EB 1EMINJ LLC lfossi@zeitzlawfirm.com
          gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com

Rhondi L. Schwartz
          on behalf of Debtor Lorpu T. Gbelewala mail@jenkinsclayman.com

Robert P. Saltzman
          on behalf of Creditor Beal Bank dnj@pbslaw.org

Stephanie F. Ritigstein
          on behalf of Debtor Lorpu T. Gbelewala mail@jenkinsclayman.com  kevin@jenkinsclayman.com

Stuart H. West
          on behalf of Creditor Beal Bank swest@pbslaw.org

U.S. Trustee
          USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10